In the Matter of the Application of JOHN J. O'BRIEN, Appellant, for a Peremptory Writ of Mandamus against RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*Matter of O'Brien* v. *Waldo,* 146 App. Div. 933, appeal dismissed. (Submitted November 22, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 17, 1911, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to restore the relator to the office of police captain of the police force of the city of New York.

*George W. Morgan* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Josiah Stover* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.